# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LINDA J. HART, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JUDGE, TARRANT COUNTY ) <br> TEXAS PROBATE COURT, et al., ) <br> ) <br> Defendants. ) | Case No. CIV-15-1179-D |

## **O R D E R**

On October 21, 2015, this Court entered an Order [Doc. No. 4] instructing Plaintiff to file an amended complaint that complied with Fed. R. Civ. P. 8, as her original complaint was rambling, unclear and confusing. The Court warned Plaintiff that failure to fully comply with the Court's Order would result in the dismissal of her lawsuit without prejudice. In response, Plaintiff has provided this Court with another submission which cures none of the defects in her original complaint and is just as illegible and incoherent. As a consequence, the Court finds Plaintiff's action be dismissed without prejudice.

The Court notes Plaintiff has filed a duplicate lawsuit in the Northern District of Texas. In dismissing that action without prejudice, the Magistrate Judge noted Plaintiff, who has apparently filed thirteen lawsuits in the past fifteen months, "lacks the capacity to file suit because she was, and is still, subject to a guardianship that

expressly includes representation of her in any legal action." *See Hart v. Tarrant Cnty. Probate Court*, No. 3:15-CV-3323-L-BK (N.D. Tex., Dallas Div. Oct. 19, 2015) [Doc. No. 4]. It was recommended that Plaintiff be sanctioned should she continue to file such actions without proper authority, and, based on her lack of capacity to sue, any future motions or papers filed by Plaintiff be docketed for administrative purposes only and terminated. The Court makes no such finding today, but likewise warns Plaintiff that the continued failure to comply with this Court's rules, as well as the Federal Rules of Civil Procedure, may warrant the imposition of sanctions, including but not limited to monetary penalties and barring Plaintiff from commencing further actions without prior approval.

IT IS THEREFORE ORDERED that Plaintiff's Complaint [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED this 3rd day of November, 2015.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE